UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD ROUSAY,

        Plaintiff,      CIV S-05-1261 LKK PAN PS

   v.

                              ORDER

JEFF MIESELER, et al.,

        Defendants.

—oOo—

On June 23, 2005, plaintiff filed a proposed complaint and an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Plaintiff's application is incomplete. Plaintiff failed fully to answer Question 2(b) ("state the date of your last employment [and] the amount of the take-home salary or wages and pay period"), Question 4 (state the total amount of the identified cash or accounts), and Question 5 (describe the valued property).

1   Plaintiff's application is denied.  Within 20 days
2 plaintiff may file a complete application for this court's
3 consideration.  If plaintiff fails to submit a new application
4 within that time, the clerk of court is directed to close this
5 file.
6   So ordered.
7   Dated:  July 6, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge