UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD ROUSAY,

          Plaintiff,          CIV S-05-1261 LKK PAN PS

     v.

JEFF MIESELER, et al.,          ORDER

          Defendants.

—oOo—

     On July 6, 2005, this court denied plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because the application was incomplete.  The court directed plaintiff to file a completed application within twenty days, with which plaintiff timely complied July 18.

     Plaintiff has now answered every question on the application.  He states he has no dependents, is not currently employed but last earned $7000 gross from October 2004 to March 2005, that he owns a 1983 BMW worth $1000.00, and has $50.15 in a

1  bank account.

2    Plaintiff's affidavit demonstrates that because of
3  poverty he cannot pay or give security for court costs and still
4  be able to provide himself with the necessities of life.  See
5  Adkins v. E.I. Dupont de Nemours & Co., 335 U.S. 331, 339 (1948).
6  Accordingly, plaintiff's application is granted.  The clerk of
7  the court is directed to open a civil file.

8    Upon review of the complaint, however, I find that
9  plaintiff fails to state a claim upon which relief may be
10 granted.  28 U.S.C. § 1915(e)(2)(B)(ii).  A federal court must
11 dismiss the complaint of a plaintiff proceeding, or seeking to
12 proceed, in forma pauperis if at any time the court determines
13 the action is frivolous, malicious, fails to state a claim upon
14 which relief may be granted, or seeks monetary relief from a
15 defendant who is immune from such relief.  28 U.S.C. §§
16 1915(e)(2)(B)(i), (ii), (iii).

17   Plaintiff alleges a series of wrongs by twenty-one
18 defendants in several unrelated events.  He asserts, for example,
19 that the Salt Lake City police improperly refused to arrest his
20 ex-wife after she stabbed plaintiff; that plaintiff was ridiculed
21 for seeking the assistance of the F.B.I.; that the U.S. Attorney
22 General facilitated the torture of "one Mahar Arar" by deporting
23 him to Syria in contravention of the Geneva Conventions; and that
24 the mayor of Salt Lake City failed to return tables and chairs to
25 Bennetts Custom Fiberglass.  These and plaintiff's other equally
26 enigmatic allegations fail to state a claim upon which relief may

be granted.

Accordingly, plaintiff shall file, within twenty days of service of this order, an amended complaint that states a claim for which relief may be granted. Should plaintiff fail timely to comply with this order, the court will recommend this action be dismissed.

So ordered.

Dated: August 4, 2005.

/s/ Peter A. Nowinski<br>PETER A. NOWINSKI<br>Magistrate Judge