IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ROUSAY,

        Plaintiff,        CIV. S-05-1261-LKK-PAN-PS

    v.

JEFF MIESELER, et al.,        ORDER

        Defendants.

_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On November 10, 2005, Judge Nowinski recommended that plaintiff's amended complaint be dismissed with prejudice.  On December 5, 2005, plaintiff filed objections to the findings and recommendation.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed November 10, 2005, are adopted in full; and

    2.  Plaintiff's amended complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and the clerk of court shall close this file.

DATED: January 11, 2006.

                                        /s/Lawrence K. Karlton
                                        UNITED STATES DISTRICT JUDGE